# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

John Sloan pro se,
(Full Name of each Plaintiff)

Plaintiff(s),

Case No. **24-C-0546**
(Supplied by Clerk)

v.

West Allis Police Dept., Sheriff, Capt., Lt., Sgt., P.O Cooper, Lazarus, etc.
(Full Name of each Defendant)

Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **PLACE OF PRESENT CONFINEMENT** (Provide full address)

5354 N 50th St Milwaukee, Wl. 53218

A. Is there a grievance procedure in your prison/jail?   YES ☐   NO ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

YES ☒   NO ☐

II. **PARTIES**

A. Your name (Plaintiff)  John Sloan pro se,

B. Prisoner I.D. Number

C. Social Security Number (Last Four Digits Only)  1961

D. Your Address (City & State)  5354 N 50th St. Milwaukee, Wl. 53218
   (For additional plaintiffs provide the same information in the same format on a separate page.)

American LegalNet, Inc.
www.FormsWorkFlow.com

E. DEFENDANT (name) _West Allis Police Department_

is employed as _Police For West Allice County_

at _Milwaukee, WI_

F. Additional DEFENDANTS (name, position, and place of employment):
_Cpt. Evenson; Sgt. Baumgart; P_
_P.O Cooper; P.O Lazaris;_
_Lt etc._

## III. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action? ☐ YES ☒ NO

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? ☐ YES ☒ NO

C. If your answer is YES to either of the above questions, provide the following requested information.

1. Parties to the previous lawsuit

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2. Date filed _____

3. Court where case filed (if federal court, name district: if state court, name the county)

4. Case number and citation _____

5. Nature of claim _____

_____

- 2 -

American LegalNet, Inc.
www.FormsWorkFlow.com

6.   Current status (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

7.   If resolved, date of disposition _____

8.   If resolved, state whether for _____
     (plaintiff or defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV.   STATEMENT OF CLAIM

A.   State as briefly as possible the facts of your case. Describe how each named defendant is involved. Include the name of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra pages, if necessary. Unrelated separate claims should be raised in a separate civil action.

_____See ATTACHED A_____

_____

_____

_____

_____

**STATEMENT OF CLAIM continued**

_____

_____

_____

_____

_____

_____

- 3 -

American LegalNet, Inc.
www.FormsWorkFlow.com

**B.**  State briefly your legal theory or cite appropriate authority.

See AttacHED "B"

## V.  RELIEF YOU REQUEST

State briefly and exactly what you want the court to do for you. Make no legal arguments. Do not use this space to state the facts of your claim. Use it only to request remedies for the injuries you complain about.

See AttacHED "C"

- 4 -

American LegalNet, Inc.
www.FormsWorkFlow.com

# AFFIDAVIT OF FACT
## NOTICE OF VIOLATION OF HUMAN RIGHTS

**For The Record, To Be Read Into The Record Notice To Agent is Notice To Principal Notice to Principal is Notice to Agent**

April 5th, 2024

From: John Sloan
% 5354 N. 50th St
Milwaukee, WI [53218]

To: United States District Court Eastern District of Wisconsin 517 E Wisconsin Ave, Milwaukee WI 53202

To Whom It May Concern,

I, John of the family Sloan of full life, hereby make the following **NOTICE OF CONDITION PRECEDENT**, that my Human and fourth, fifth, and eighth Constitutional Rights have been molested/violated, on or about 03-29-2024 Time 1:54 A.M Location: corner of S. 84th st. / W. Mitchell St. P.O. Cooper of the West Allis Police Department of Wisconsin pulled me over and immediately got out of his patrol vehicle and asked me to get out of the car. I asked him *"if he had an Articulate Reasonable Suspicion of me committing a crime"* - He stated *"no, the owner of this vehicle's license is suspended"*. I then told him *"that is not a crime, it is a traffic infraction and that I am not getting out of the car"* at this point I asked P.O. Cooper to call his Supervisor. P.O. Cooper asked me to turn off the car, unknowingly, turning off the car's engine automatically unlocked the car doors. P.O. Copper proceeded to pull open the driver side door and demanded me out of the vehicle, I attempted to close the door when P.O. Cooper blocked the door with the left side of his body. P.O. Lazaris informed me to *"get out of the car or we will tase you"*, I remained still with my hands on the steering wheel. P.O. Lazaris proceeded to tase me while P.O. Cooper pepper sprayed me. I then pulled the electric prongs out of me while P.O. Cooper continuously pepper sprayed me. Somehow, I am out of the car and body slammed on my back being handcuffed. While on the ground handcuffed P.O. Lazaris used direct contact with the taser on the left side of my stomach. He began hollering *"stop resisting"*, the voltage was so much I began to see light.

After the pain started to subside enough I turned my head to tell the P.O. Lazaris *"I'm down on the ground in handcuffs, stop electrocuting me"*. P.O. Lazaris proceed to tase me three more times than he got up. I was then helped up and told to get in the patrol vehicle, to which I responded *"I'm not getting in, I didn't commit a crime. Take these handcuffs off of me."* P.O.

Lazaris said "*you getting in*" while he grabbed my head and banged it on the patrol vehicle. I then said "*okay, you busted my head, Am I bleeding*"? An officer said "no". At this point I said "*okay I'm going to get in the SUV*", while in the patrol vehicle there was an unlawful seizure of my vehicle- which is a violation of my Fourth and Fifth Amendment rights.

The Supervisor of Officers Cooper and Lazaris instructed them to release me as I was free to go. Two officers who were not involved in the incident helped me to the ambulance stating "*We didn't touch you, and we don't know what's going on ,We were on perimeter duty and didn't see anything*". The ambulance took me to the West Allis Hospital from where I was released.

I encountered a similar situation with some of the same officers from the West Allis Police Department a few months ago. I refused to get out of the vehicle and asked the officer to call his supervisor. I was roughed up and the vehicle I was in was unlawfully seized.

There being nothing further I hereby declare (verify, state, and confirm) under penalty of perjury under the laws of the United States of America that the foregoing are true and correct.

Upon receival of this Affidavit, please send a confirmation notice to the above address.

John Sloan
℅ 5954 N 50th St.
Milwaukee, WI [53218]

Signature: _____ pro'se,_____

Date: __3__ day of __May__, 2024.

# STATEMENT OF CLAIM



A. Briefly stating my legal theory or site appropriate authority

VIOLATION OF

FOURTH AMENDMENT

FIFTH AMENDMENT

EIGHTH AMENDMENT

"CITING CASES"

4TH AMENDMENT VIOLATION COLLINS VERSUS VIRGINA, 584 U.S.A
(2018)

PRIMARY HOLDING

THE FOURTH AMENDMENT AUTOMOBILE EXCEPTION DOES NOT
PERMIT THE WARRANTLESS ENTRY OF A HOME OR IT'S CARTILAGE
TO SEARCH A VEHICLE THEREIN.

FIFTH AMENDMENT VIOLATION

BOYD V. UNITED STATES 116 U.S. 616 (1886) WAS A DECISION BY THE US SUPREME COURT IN WHICH THE COURT HELD THAT THE SEARCH WAS AN UNREASONABLE SEARCH AND SEIZURE WITHIN THE MEANING OF THE 4TH AMENDMENT.

FIFTH AMENDMENT VIOLATION

DUE PROCESS OF LAW

EIGHTH AMENDMENT VIOLATION

IN HOPE V. PELZER, 536 U.S. 730 (2002). THE PRISONER WAS HANDCUFFED TO A HITCHING POST FOR SEVEN HOURS, TAUNTED AND DENIED BATHROOM BREAKS. THE COURT REASONED THAT THIS TREATMENT EXCEEDED WHAT WAS NECESSARY TO RESTORE ORDER.

2

"C"

# RELIEF YOU REQUEST

**FOR THE DEFENDANTS TO BE REPRIMANDED AND RETRAINED OR REMOVED FROM THE POLICE FORCE AND A PUBILC APOLOGY $200 MILLION FOR PAIN AND SUFFERING AND THE VIOLATION OF MY CONSTITUTIONAL RIGHTS.**

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 24 day of April 2024.

_____ pro se,
Signature of Plaintiff(s)

_____
(If there are multiple plaintiffs, each must sign the complaint)

Prisoner I.D. Number(s) _____

- 5 -

American LegalNet, Inc.
www.FormsWorkFlow.com